**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Keegan C. VAN TUYL, Defendant–
Appellant.**

No. 10–30020.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 28, 2010.

Earl Allan Hicks, Assistant U.S. Attorney, Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

John H. Loeffler, Esquire, Olson, Loeffler & Landis, P.S., Spokane, WA, for Defendant–Appellant.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM ***

Keegan C. Van Tuyl appeals from the sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291. We affirm in part, vacate in part, and remand.

Van Tuyl's sole contention is that the supervised release condition prohibiting association with Neo–Nazi/white supremacist affiliates is unconstitutionally overbroad. The government agrees that the judgment should be changed to explicitly reflect that the condition prohibits association with *known* neo-Nazi/white supremacist affiliates. Under these circumstances, we vacate the challenged condition and remand for the district court to re-sentence in a manner consistent with this opinion. *See, e.g, United States v. Ross,* 476 F.3d 719 (9th Cir.2007). The sentence is affirmed in all other respects.

**VACATED in part; AFFIRMED in part; and REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.